UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>                                    Plaintiff,<br><br>           v.<br><br>ALLY FINANCIAL, INC. F/K/A GMAC LLC, et al.,<br><br>                                    Defendants. | Civil Action No. 1:11-cv-10952-GAO |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT H. BARON, KARIN A. DEMASI, J. WESLEY EARNHARDT AND CHRISTOPHER D. BELELIEU**

Pursuant to Local Rule 83.5.3(b), the undersigned counsel for Defendants Bear Stearns Asset Backed Securities I, LLC, EMC Mortgage Corporation, J.P. Morgan Acceptance Corporation I, J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Securities, LLC (f/k/a Bear, Stearns & Co. Inc. and J.P. Morgan Securities, Inc.), JPMorgan Chase & Co., JPMorgan Securities Holdings, LLC, Structured Asset Mortgage Investments II, Inc., The Bear Stearns Companies, LLC (f/k/a The Bear Stearns Companies Inc.), and WaMu Capital Corp. (collectively, the "Defendants"), respectfully moves this Court to admit Robert H. Baron, Karin A. DeMasi, J. Wesley Earnhardt and Christopher D. Belelieu *pro hac vice* as counsel for the Defendants in the above-referenced matter.

In support of this Motion, the undersigned counsel state as follows:

1.      Beth I.Z. Boland, Christina N. Davilas and Jacqueline S. Delbasty are members in good standing of the Bar of this Court and are actively engaged in the practice of law

within Massachusetts from the offices of Bingham McCutchen LLP, One Federal Street, Boston, Massachusetts.

2. As set forth in the certificate attached hereto as Exhibit A, Robert H. Baron is admitted to the bars of the State of New York, the United States District Court for the Southern District of New York, the United States Court of Appeals for the Ninth Circuit, the United States Supreme Court, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Federal Circuit and the United States Tax Court.  Mr. Baron is a member in good standing in every jurisdiction where he has been admitted to practice and there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

3. As set forth in the certificate attached hereto as Exhibit B, Karin A. DeMasi is admitted to the bars of the Commonwealth of Pennsylvania, the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Third Circuit and the United States Supreme Court.  Ms. DeMasi is a member in good standing in every jurisdiction where she has been admitted to practice and there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction.

4. As set forth in the certificate attached hereto as Exhibit C, J. Wesley Earnhardt is admitted to the bars of the State of New York, the United States Tax Court, the United States District Court for the Southern District of New York and the United States Court of Appeals for the Ninth Circuit.  Mr. Earnhardt is a member in good standing in every

jurisdiction where he has been admitted to practice and there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

   5. As set forth in the certificate attached hereto as Exhibit D, Christopher D. Belelieu is admitted to the bars of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York and the United States Court of Appeals for the Second Circuit.  Mr. Belelieu is a member in good standing in every jurisdiction where he has been admitted to practice and there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

   6. The undersigned are informed that Robert H. Baron, Karin A. DeMasi, J. Wesley Earnhardt and Christopher D. Belelieu have reviewed and are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

   7. Counsel for Plaintiff has indicated that Plaintiff assents to the relief sought in this Motion.

   WHEREFORE, Defendants, by and through their counsel, respectfully request that this Court grant this Motion to admit Robert H. Baron, Karin A. DeMasi, J. Wesley Earnhardt and Christopher D. Belelieu *pro hac vice* in this matter.

 Dated:  April 26, 2012

Respectfully submitted,

/s/ Jacqueline S. Delbasty
Beth I.Z. Boland, BBO #553654
Christina N. Davilas, BBO #655477
Jacqueline S. Delbasty, BBO #676284
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110
Tel:  (617) 951-8000
Fax:  (617) 951-8736
beth.boland@bingham.com
christina.davilas@bingham.com
jacqueline.delbasty@bingham.com

Of Counsel:
Kenneth I. Schacter (*admitted pro hac vice*)
Theo J. Robins (*admitted pro hac vice*)
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Tel:  (212) 705-7000
Fax:  (212) 752-5378
kenneth.schacter@bingham.com
theo.robins@bingham.com

*Counsel for Defendants Bear Stearns Asset Backed Securities I, LLC, EMC Mortgage Corporation, J.P. Morgan Acceptance Corporation I, J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Securities, LLC (f/k/a Bear, Stearns & Co. Inc. and J.P. Morgan Securities, Inc.), JPMorgan Chase & Co., JPMorgan Securities Holdings, LLC, Structured Asset Mortgage Investments II, Inc., The Bear Stearns Companies, LLC (f/k/a The Bear Stearns Companies Inc.), and WaMu Capital Corp.*

## **LOCAL RULE 7.1 CERTIFICATION**

  I hereby certify that I conferred in good faith with counsel for Plaintiff in an effort to narrow or resolve the issues raised in this motion, and counsel for Plaintiff has indicated that Plaintiff assents to the relief sought in this motion.

               /s/ Jacqueline S. Delbasty
               Jacqueline S. Delbasty

## CERTIFICATE OF SERVICE

      I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that copies will be sent via electronic mail to those indicated as non registered participants on April 26, 2012.

                                             /s/ Jacqueline S. Delbasty
                                             Jacqueline S. Delbasty