# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC. F/K/A GMAC LLC, et al.,<br><br>Defendants. | Civil Action No. 1:11-cv-10952-JLT |

**CERTIFICATE OF CHRISTOPHER D. BELELIEU IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Christopher D. Belelieu, state as follows:

1. I am an associate with the law firm of Cravath, Swaine & Moore LLP, located in New York, New York. This certificate is submitted in support of the accompanying Motion, filed pursuant to Local Rule 83.5.3(b), seeking my admission to practice *pro hac vice* before this Court in the above-captioned matter.

2. I am admitted to the bars of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York and the United States Court of Appeals for the Second Circuit. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of this Court.

5. This certificate and accompanying Motion, filed pursuant to Local Rule 83.5.3(b), is made so that I may appear on behalf of Defendants Bear Stearns Asset Backed Securities I, LLC, EMC Mortgage Corporation, J.P. Morgan Acceptance Corporation I, J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Securities, LLC (f/k/a Bear, Stearns & Co. Inc. and J.P. Morgan Securities, Inc.), JPMorgan Chase & Co., JPMorgan Securities Holdings, LLC, Structured Asset Mortgage Investments II, Inc., The Bear Stearns Companies, LLC (f/k/a The Bear Stearns Companies Inc.), and WaMu Capital Corp. in this matter.

I hereby certify on this 13th day of April, 2012, under the penalties of perjury that the foregoing is true and correct.

_____
Christopher D. Belelieu
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
cbelelieu@cravath.com