# EXHIBIT 2

## Exhibit 2: Past Testimony, Charles D. Cowan

**Financial:**
MBIA v. Countrywide Home Loan et al. Hearing on motion *in limine* in NY State Court, Worked for plaintiff, September 2010.  Deposed July 2012.

In re: Countrywide Financial Corp. Mortgage Marketing and Sales Practices Litigation, Class Action. Worked for plaintiffs.  Deposed in May 2011.

Charles P. Haggarty and Gina M. Haggarty, et al v. Wells Fargo Bank, N.A.. Worked for plaintiffs.  Deposed in August 2012.

Dexia v. J. P. Morgan.  Worked for plaintiffs.  Deposed in February 2013.

Lucarelli Pizza and Deli et al v. Teco Energy, Peoples Gas System, and Posen Construction. Business Interruption case. Worked for the defendant. Deposition in January 2013; class certification hearing in January 2013.

AIG v. Bank of New York - Mellon. Worked for plaintiffs.  Deposed in May 2013, testimony at hearing in September 2013.

Mass Mutual v. numerous Underwriters of RMBS - 15 combined actions. Worked for plaintiffs. Deposed in May 2013, testimony at hearings, October 2013.

United States of America v. Bank of America, Countrywide, et al. Worked for the plaintiff. Deposed in June 2013, testimony in September 2013.

CUNA Mutual v. RBS Securities.  Worked for plaintiffs.  Deposed in January 2014.

**Construction Defects:**
in re WIRSBO Fitting Litigation. Worked for the plaintiffs.  Hearing, February 2012.

Bongalos v. D.R. Horton, Rancho Cordova, California.  Worked for Defense.  Deposition, January 2013.

Turnberry Towers East Unit-Owners Association v. Turnberry Towers L.P. et al., Worked for defense.  Deposition, July 2013.

Horizon v. Shapell. Worked for defense.  Deposition, September 2013.

Newport Lofts Homeowners Association v. Newport Lofts et al, Worked for defense. Deposition, September 2013.

Laurelwood v. Shapell. Worked for defense.  Deposition, December, 2013.

**Fair Labor Standards Act (FLSA):**
Richter v. Dolgencorp et al.  Worked for defendant.  Deposition, Jan 2012.

**Disparate Impact \ Discrimination:**
JoeAnn McClandon v. Heathrow Land Partnership et al.  Worked for plaintiff.  Testimony at Jury Trial, January 2010.

Webb Bridge LLC v. City of Alpharetta et al. Worked for defendant.  Deposition, November 2013.

**Toxic Tort:**
Bawtinhimer v. D.R. Horton, Inc. Worked for the defense. Deposed, February 2013.

**Other cases:**
Avery vs. Southern Company. Worked for the plaintiff.  Deposition in April 2011.

Ultra Enterprises v. Ultra Records. Trademark infringement. Worked for plaintiff. Deposition, July 2012.

Special Education Students in New Orleans v. State Superintendant of Education. Worked for the plaintiffs.  Deposition in July 2013.