# EXHIBIT 5

## Exhibit 05: List of Cases with 95% Confidence Level and +/- 10% Margin of Error

### FHFA 16 Actions

The case numbers are:  11 Civ. 5201 (DLC), 11 Civ. 6188 (DLC), 11 Civ. 6189 (DLC), 11 Civ. 6190 (DLC), 11 Civ. 6192 (DLC), 11 Civ. 6193 (DLC), 11 Civ. 6195 (DLC), 11 Civ. 6196 (DLC), 11 Civ. 6198 (DLC), 11 Civ. 6200 (DLC), 11 Civ. 6201 (DLC), 11 Civ. 6202 (DLC), 11 Civ. 6203 (DLC), 11 Civ. 6739 (DLC), 11 Civ. 7010 (DLC), and 11 Civ. 7048 (DLC).

### MassMutual 10 Actions

The case numbers are: 11-30039-MAP-KPN, 11-30044-MAP-KPN, 11-30047-MAP-KPN, 11-30048-MAP-KPN, 11-30094-MAP-KPN, 11-30126-MAP-KPN, 11-30127-MAP-KPN, 11-30141-MAP-KPN, 11-30215-MAP-RBC, and 11-30285-MAP-RBC.

### Massachusetts Mutual Life Insurance Company v. Countrywide Financial Corporation

The case number is: 11-cv-10414-MRP

### Allstate Insurance Company v. Countrywide Financial Corporation

The case number is: 11-cv-005236-MRP

### Minnesota Life Insurance Company v. Countrywide Financial Corporation

The case number is: 12-cv-06149-MRP

### National Integrity Life Insurance Company v. Countrywide Financial Corporation

The case number is: 11-cv-09889-MRP

### CMFG Life Insurance Company, CUMIS Insurance Society, Inc., and Members Life Insurance Company v. RBS Securities, Inc.

The case number is: 12-CV-00037-WMC

### FDIC as Receiver for Colonial Bank v. Countrywide Securities Corporation

The case number is: 12-Cv-08317-MRP

### CIFG Assurance North America, Inc. v. Bank of America

The case number is: 12/654028

### The Western and Southern Life Insurance Company v. DLJ Mortgage Capital

The case number is: A1105352