UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC. et al.,<br><br>　　　　　Defendants. | Civil Action No. 11-10952-GAO |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF BARCLAYS DEFENDANTS

It is hereby stipulated and agreed, by and between the undersigned counsel, that Plaintiff Federal Home Loan Bank of Boston and Defendants Barclays Capital Inc. and BCAP, LLC ("Barclays") have agreed to dismissal, with prejudice, of the claims against Barclays from the above-captioned action ("Action") pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all costs and expenses of suit being paid by the party incurring the same. This dismissal does not affect any other claims or parties in the Action, and all other existing claims and parties remain in the case.

DATED: June 21, 2016

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON, | BARCLAYS CAPITAL INC. AND BCAP, LLC, |
| By its attorneys, | By their attorneys, |
| /s/ Amy Williams-Derry | /s/ Gary R. Greenberg |

Lynn Lincoln Sarko
Derek W. Loeser
Amy Williams-Derry
Elizabeth A. Leland
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Gary A. Gotto
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Tel: (602) 248-0088
Fax: (602) 248-2822

Thomas G. Shapiro, BBO No. 454680
Adam M. Stewart, BBO No. 661090
Shapiro Haber & Urmy LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
Tel: (617) 439-3939
Fax: (617) 439-0134

Dated: 6/23/16, 2016.

Gary R. Greenberg (BB) #209420
Greenberg Traurig LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Joseph J. Frank
Matthew L. Craner
Agnès Dunogué
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (646) 848-5257
joseph.frank@shearman.com
matthew.craner@shearman.com
agnes.dunogue@shearman.com

SO ORDERED:

_____
George A. O'Toole, Jr., U.S.D.J.