# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF BOSTON,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC. F/K/A GMAC LLC, *et al.*,<br><br>Defendants. | Civil Action No. 1:11-cv-10952-GAO |

## DEFENDANTS' MOTION TO ENLARGE DEPOSITION TIME TO PERMIT FAIR EXAMINATION OF PLAINTIFF'S CREDIT ANALYSTS FOR THE RELEVANT CERTIFICATES

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendants' Motion to Enlarge Deposition Time to Permit Fair Examination of Plaintiff's Credit Analysts for the Relevant Certificates, dated September 29, 2016 (the "Memorandum of Law"), and the accompanying Declaration of Edmund Polubinski III, executed September 29, 2016 and the exhibits thereto, Defendants in the above-captioned action, by and through their undersigned counsel, respectfully move this Court, pursuant to Rules 26(b)(2)(A) and 30(d)(1) of the Federal Rules of Civil Procedure, for an Order permitting two seven-hour days each for depositions of William DiFulvio, Anna Kumysh, and Mark Cogan, and for such other relief as this Court deems just and proper.

Dated:  September 29, 2016						Respectfully submitted,

									Defendants:

| | |
|---|---|
| CREDIT SUISSE (USA), INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE HOLDINGS (USA), INC.; CREDIT SUISSE SECURITIES (USA) LLC; DLJ MORTGAGE CAPITAL, INC., | IMH ASSETS CORP.; IMPAC FUNDING CORPORATION; IMPAC MORTGAGE HOLDINGS, INC.; IMPAC SECURED ASSETS CORP., |
| By their attorneys, | By their attorneys, |
| /s/ Jonathan Sablone | /s/ Turner P. Smith |
| Jonathan Sablone (BBO #632998) | Turner P. Smith |
| Matthew T. McLaughlin (BBO #660878) | CURTIS MALLET-PREVOST, COLT & MOSLE, LLP |
| NIXON PEABODY, LLP | 101 Park Avenue, Suite 3500 |
| 100 Summer Street | New York, NY 10178 |
| Boston, MA 02110 | Tel: (212) 696-6000 |
| Tel: (617) 345-1000 | Fax: (212) 697-1559 |
| Fax: (617) 345-1300 | |

Richard W. Clary
Michael T. Reynolds
Lauren A. Moskowitz
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700

| | |
|---|---|
| MORGAN STANLEY; MORGAN STANLEY & CO. INC.; MORGAN STANLEY CAPITAL I INC.; MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, | NOMURA ASSET ACCEPTANCE CORPORATION; NOMURA CREDIT & CAPITAL, INC.; NOMURA HOLDING AMERICA, INC.; NOMURA SECURITIES INTERNATIONAL, INC., |
| By their attorneys, | By their attorneys, |
| /s/ Edmund Polubinski III | /s/ Stephen D. Poss |
| James P. Rouhandeh<br>Edmund Polubinski III (BBO #643548)<br>Daniel J. Schwartz<br>Scott Wilcox<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000<br>Fax: (212) 701-5800<br>rouhandeh@davispolk.com<br>polubinski@davispolk.com<br>daniel.schwartz@davispolk.com<br>scott.wilcox@davispolk.com<br><br>Timothy P. Burke (BBO #558893)<br>Julie Silva Palmer (BBO #676788)<br>MORGAN LEWIS & BOCKIUS LLP<br>One Federal Street<br>Boston, MA 02110<br>Tel: (617) 341-7700<br>Fax: (617) 341-7701<br>timothy.burke@morganlewis.com<br>julie.palmer@morganlewis.com | Stephen D. Poss (BBO #551760)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>Tel: (617) 570-1886<br>Fax: (617) 523-1231<br><br>Daniel P. Roeser (BBO #675223)<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel: (212) 813-8800<br>Fax: (212) 355-3333 |

RBS ACCEPTANCE INC. F/K/A GREENWICH CAPITAL ACCEPTANCE, INC.; RBS FINANCIAL PRODUCTS INC. F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.; RBS HOLDINGS USA INC. F/K/A GREENWICH CAPITAL HOLDINGS, INC.; AND RBS SECURITIES INC. F/K/A GREENWICH CAPITAL MARKETS, INC., AND

By their attorneys,

/s/ Kathy B. Weinman
Kathy B. Weinman (BBO #541993)
Azure Abuirmeileh (BBO #670325)
COLLORA LLP
100 High Street, 20th Floor
Boston, MA 02110-2321
Tel: (617) 371-1000
Fax: (617) 371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

Thomas C. Rice
Alan C. Turner
Linton Mann III
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

Michael D. Kibler
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067
Tel: (310) 407-7500
Fax: (310) 407-7502

UBS AMERICAS INC.; UBS REAL ESTATE SECURITIES INC.; UBS SECURITIES LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.,

By their attorneys,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
Tel: (617) 573-4800
Fax: (617) 573-4822
james.carroll@skadden.com

Robert A. Fumerton
William J. O'Brien
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000
robert.fumerton@skadden.com
william.obrien@skadden.com

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(a) AND 37.1

I, Edmund Polubinski III, hereby certify that counsel for Defendants Credit Suisse (USA), Inc.; Credit Suisse First Boston Mortgage Securities Corp.; Credit Suisse Holdings (USA), Inc.; Credit Suisse Securities (USA) LLC; DLJ Mortgage Capital, Inc.; Morgan Stanley; Morgan Stanley & Co. Inc. (n/k/a Morgan Stanley & Co. LLC); Morgan Stanley Capital I Inc.; Morgan Stanley Mortgage Capital Holdings LLC (f/k/a Morgan Stanley Mortgage Capital Inc.); Nomura Asset Acceptance Corporation; Nomura Credit & Capital, Inc.; Nomura Holding America, Inc.; Nomura Securities International, Inc.; RBS Acceptance Inc. f/k/a Greenwich Capital Acceptance, Inc.; RBS Financial Products Inc. f/k/a Greenwich Capital Financial Products, Inc.; RBS Holdings USA Inc. f/k/a Greenwich Capital Holdings, Inc.; and RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc., on behalf of all Defendants, and counsel for Plaintiff Federal Home Loan Bank of Boston, met and conferred by telephone on September 15, 2016 at 4:45 p.m. Eastern Time for approximately thirty minutes and attempted in good faith to narrow or resolve the issues raised in this motion but were unable to do so.  This meet and confer followed the parties' prior efforts at resolving this dispute concerning the available time for depositions of William DiFulvio, Anna Kumysh, and Mark Cogan, and has been supplemented by the parties' subsequent efforts to reach a consensual resolution, including through the email communications described in the Memorandum of Law, and other telephonic communications between counsel for Plaintiff and counsel for certain Defendants.

/s/ Edmund Polubinski III<br>Edmund Polubinski III

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 29, 2016.

/s/ Scott Wilcox<br>Scott Wilcox